**Order filed August 2, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00543-CR**

---

**IN RE WALTER  HINTON JUNIOR, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1316867**

---

## ORDER

On Monday, July 25, 2022, relator, Walter  Hinton Junior, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

Relator's petition does not comply with Texas Rules of Appellate Procedure 52.3(k)(1)(A) and 52.7(a). Tex. R. App. P. 52.3(k)(1)(A) ("The appendix *must* contain: (A) a certified or sworn copy of any order complained of, or any other document showing the matter complained of") (emphasis added); 52.7(a) ("Relator

*must* file with the petition: (1) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding; and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained.") (emphasis added); 52.3(j) ("The person filing the petition must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record."). To be a "certified or sworn copy," in accordance with Rule 52, the document must be certified by the trial court clerk or attached to either a properly prepared affidavit or an unsworn declaration. *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001.

By this order, the court gives relator notice that the petition will be dismissed unless an amended petition is filed on or before **September 16, 2022** that addresses the record issues discussed above. Tex. R. App. P. 42.3(c); *see In re Kholaif*, 624 S.W.3d 228, 231 (order), *mand. dism'd*, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).